JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Ronald Brown, an individual, | Case No. 2:15-cv-06190-SVW-JPR |
|---|---|
| Plaintiff, Respondent, and Cross-Defendant | **ORDER RE DISMISSAL WITH PREJUDICE AND BOND EXONERATION FOLLOWING SETTLEMENT** |
| v. | |
| GEONORTH, LLC, an Alaskan Corporation, | |
| Defendant, Appellant, and Cross-Claimant. | |

| | |
|---|---|
| 1 | The Court has been advised that the Plaintiff and Defendant in this action have |
| 2 | settled all disputes between them. |
| 3 | Based on the foregoing, and the parties' stipulation, and finding good cause |
| 4 | therefor, the Court hereby finds that the above-captioned action has been resolved, and |
| 5 | ORDERS that the above-captioned action is hereby DISMISSED WITH PREJUDICE |
| 6 | and any bond posted in connection with the above-captioned action is hereby exonerated. |
| 8 | IT IS HEREBY ORDERED. |

Dated: April 28, 2017

_____
Honorable Stephen V. Wilson

ORDER OF DISMISSAL WITH PREJUDICE AND BOND EXONERATION

38536228v.1